# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN VEDDER, an Individual, and SITUSAMC HOLDINGS CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTISOURCE SOLUTIONS, INC., a Delaware Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 8:21-CV-02059-JVS (JDEx)<br><br>**ORDER TO SHOW CAUSE**<br><br>[Filed Concurrently with Application; Decl. of Justin Vedder; Decl. of Michael Franco]<br><br>Complaint Filed: December 6, 2021<br>Removed December 13, 2021 |

The Court, having reviewed Plaintiffs Justin Vedder and SitusAMC Holdings Corporation's Application for Temporary Restraining Order, the Declarations of Justin Vedder, and Michael Franco in support thereof and good cause appearing hereby orders as follows:

1. Defendant received reasonable and adequate advance notice of Plaintiffs' Application for Temporary Restraining Order;

2. It is likely that Plaintiffs will prevail on the merits of its claims at trial;

3. Plaintiffs have no adequate remedy at law;

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

4.      The balance of hardships tips in Plaintiff's favor in that the injury that Plaintiffs will suffer if temporary injunctive relief is not granted outweighs any injury that Defendant will suffer if such relief is granted; and

5.      Plaintiffs will suffer irreparable injury and loss in the event that a temporary restraining order is not granted.

6.    Defendants are restrained from enforcement of the Non-Solicit provision, including venue, forum, and choice of law provisions associated therewith and from taking any non judicial action to enforce the provision, including without limitation, interfering with the relationships between SitusAMC and any of its current or prospective clients, customers, and vendors.

## ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that Defendant shall appear before this Court in Court Room 10C on January 3, 2022 at 3:00 p.m. to show cause why a Preliminary Injunction should not be issue against it and all persons acting in concert with or participating with them:

Restraining it from taking any other action other than in California Court to attempt to enforce its choice of law/venue/forum provisions and Non-Solicit provisions between it and Plaintiff Vedder which are memorialized in the moving papers. This restraint includes taking any further steps in any other Court, and interfering with the relationships between SitusAMC and any of its current or prospective clients, customers, and vendors.

The scope of this order is limited to enforcement of the Non-Solicit provision, including venue, fourm and choice of law provisions associated therewith, and is not intended to affect the assertion or enforcement of any other claim defendant may have against Plaintiffs.

Any opposition shall be filed and served personally or by email no later than December 27, 2021. Plaintiffs may similarly file and serve any reply no later than noon December 30, 2021

**IT IS SO ORDERED.**

Dated: December 20, 2021, 3 PM   _____

United States District Judge

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and a resident of the State of Firm State, over the age of eighteen years, and not a party to the within action. My business address is 233 Wilshire Boulevard, Suite 600, Santa Monica, California 90401. On **December 20, 2021**, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER TO SHOW CAUSE RE TEMPORARY RESTRAINING ORDER**

☐  Due to the National Emergency and public health orders in California related to the coronavirus and COVID-19 pandemic, Hirschfeld Kraemer LLP attorneys and staff are working remotely and therefore have limited capabilities to send physical mail in the normal course of business. On this date, I personally transmitted the foregoing document(s) using electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☒  by **electronic Filing:** I hereby certify that on December 20, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

☐  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Phil J. Montoya, Jr., Esq.  
HAWKINS PARNELL & YOUNG LLP  
445 South Figueroa Street, Suite 3200  
Los Angeles, CA 90071-1651  

Telephone: (213) 486-8000  
Facsimile: (213) 486-8080  
Email: pmontoya@hpylaw.com  

Attorneys for Defendant *Altisource Solutions, Inc.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made. Executed on **December 20, 2021** at Santa Monica, California.

*Patricia Dragotta*
_____
*Patricia Dragotta*