DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
BENJAMIN J. TREGER (SBN 285283)
btreger@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Plaintiffs
JUSTIN VEDDER and
SITUSAMC HOLDINGS CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN VEDDER, an Individual, and SITUSAMC HOLDINGS CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTISOURCE SOLUTIONS, INC., a Delaware Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 8:21-cv-02059-JVS-JDE<br><br>**PRELIMINARY INJUCTION**<br><br>Date: **January 3, 2022**<br>Time: **3:00 p.m.**<br>Crtrm.: **10C**<br><br>Complaint Filed: December 6, 2021<br>Removed December 13, 2021 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4878-5037- 6456

17600008v1

On January 3, 2022 at 3:00 pm in Courtroom 10C, this Court, the Honorable James V. Selna presiding, heard oral argument further to its Order to Show Cause issued on December 20, 2021. The parties appeared by videoconference through their respective counsel: Daniel H. Handman for the Plaintiffs and Phil Montoya for Defendant. Having considered the parties' written submissions, the evidence provided by the parties and oral argument at the hearing, the Court issues the following Preliminary Injunction.

During the pendency of this proceeding, Defendants are enjoined from taking any judicial or non-judicial action to enforce or to attempt to enforce any of the following: (1) any provision in any agreement between Plaintiff Justin Vedder and Defendant Altisource Solutions, Inc. which purports to restrain Mr. Vedder's ability to solicit clients of Defendant Altisource Solutions, Inc. (a "Non-Solicit Provision"); (2) any choice of law provision which has the effect of imposing the law of any state other than California to a Non-Solicit Provision; or (3) any forum selection clause which has the effect of requiring litigation involving a Non-Solicit Provision to be conducted in any state other than California. The scope of this Order is limited to enforcement of a Non-Solicit Provision, including venue, forum selection and/or choice of law provisions associated therewith, and is not intended to affect the assertion or enforcement of any other claim Defendant may have against Plaintiffs.

In issuing this Order, the Court finds, for the reasons stated at the hearing, that: (1) Plaintiffs are likely to succeed on the merits of their arguments concerning the Non-Solicit Provisions and the choice of law and forum selection provisions associated therewith, specifically that such provisions are unenforceable under California law; (2) Plaintiffs have no adequate remedy at law; (3) the balance of hardships tips in Plaintiffs' favor in that the injury that Plaintiffs will suffer if a preliminary injunction is not granted outweighs any injury that Defendant will

suffer if such relief is granted; (4) Plaintiffs will suffer irreparable injury and loss in the event that a preliminary injunction is not granted; and (5) the public interest tips in Plaintiffs' favor.

This Order shall take immediate effect upon the posting of a bond of $5,000 by Plaintiffs.

**IT IS SO ORDERED.**

Dated:  January 18, 2022_____

_____
Hon. James V. Selna
District Court Judge