JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin Vedder et al.,<br><br>      Plaintiff.<br><br>  v.<br><br>Altisource Solutions, Inc.,<br><br>      Defendant(s). | SACV 21-02059-JVS (JDEx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: March 08, 2022

                                          James V. Selna
                                    United States District Judge